**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Paul G. Diamond | Case Number 16-12992-FJB<br>Chapter 13 |
|---|---|

**MOTION TO APPROVE STIPULATION BY AND BETWEEN
MTGLQ INVESTORS, L.P. AND THE DEBTOR**

Now comes MTGLQ Investors, L.P. ("Movant") and moves that the Court approve the

Stipulation filed hereto between Movant and the Debtor.

Dated: April 26, 2017

    Respectfully submitted,
    MTGLQ Investors, L.P.
    By its attorney,

    /s/ Marcus Pratt
    Marcus Pratt, Esquire
    BBO #684610
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Paul G. Diamond | Case Number 16-12992-FJB<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **MTGLQ Investors, L.P.** hereby certify that on April 26, 2017 I electronically filed the foregoing *Motion to Approve Stipulation* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, U.S. Trustee
Carolyn Bankowski, Trustee
Matthew C. Swanson, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Paul G. Diamond
87 Eagle Trace
Bridgewater, MA 02324

Tax Collector:
Town of Bridgewater, MA
25 South Street
Bridgewater, MA 02324

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com