**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re: | Case Number 16-12992-FJB |
|---|---|
| Paul G. Diamond | Chapter 13 |

**AFFIDAVIT OF NON-COMPLIANCE**

I, Carrie Dockter, of Shellpoint Mortgage Servicing as Loan Servicer for MTGLQ Investors, L.P. ("Secured Creditor"), hereby state the following:

Paul G. Diamond (the "Debtor") is the mortgagor of a certain parcel of real estate known and numbered as *87 Eagle Trace, Bridgewater, MA 02324* (the "Property"). The Property is encumbered by a first mortgage given by the Debtor to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Cornerstone Mortgage Corp. (the "Mortgage"). The Mortgage is dated March 25, 2002 and is recorded at Plymouth County Registry of Deeds in Book 21812, Page 186. Thereafter, the Mortgage was assigned to Secured Creditor. Shellpoint Mortgage Servicing is the current servicer for this loan on behalf of Secured Creditor.

On April 26, 2017, the parties filed a Stipulation regarding Secured Creditor's Motion for Relief from Stay. The Stipulation required the Debtor to cure the post-petition arrearage of $20,811.00 by making monthly payments of $5,941.00, which consisted of the then-regular monthly post-petition payment in the amount of $2,472.50 plus an additional payment in the amount of $3,468.50 to be applied towards the then-outstanding post-petition arrearage.

The Debtor has defaulted under the terms of the Stipulation and the current default is $18,919.00. This amount consists of the following: (1) four "combined" monthly payments for the months of June 2017 through September 2017 in the amount of $5,941.00 each; (2) less a suspense balance in the amount of $4,945.00; and (3) attorney fees and costs of $100.00 associated with the Notice of Default.

On or about August 24, 2017, a ten-day Notice of Default was issued to both the Debtor and the Debtor's attorney notifying them of the default. A copy of this notice is attached hereto as Exhibit A. As of the date of this Affidavit, the default has not been cured.

Secured Creditor moves pursuant to this Affidavit that the automatic stay be terminated two days after the filing of this Affidavit and moves that relief from the automatic stay be granted by the Court to allow Secured Creditor to pursue the state rights and remedies afforded pursuant to the Note and Mortgage.

Dated: 9-12, 2017

Signed under the pains and penalties of perjury.

Shellpoint Mortgage Servicing as Loan
Servicer for MTGLQ Investors, L.P.

17-028363 / BK02

09/22/2017. Moot as this case has been dismissed.